# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL COMERY

NO. 2020 KW 0284

**MAY 26, 2020**

---

In Re:    Michael Comery, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          27624.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                          PMc
                          JEW
                          GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT